■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HENRY ODUM, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Queens County, rendered January 26, 1960, convicting him, after a jury trial, of grand larceny in the first degree, and sentencing him to serve a term of 5 to 10 years; and (2) from every intermediate order made in the action. Judgment affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK TAMBURINO, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Gamblers' Court, Borough of Brooklyn, held by a City Magistrate, convicting defendant of book-making (Penal Law, § 986), and imposing a fine of $25. Judgment reversed on the law and the facts, fine remitted, and new trial granted. In our opinion, the finding implicit in the judgment, that defendant's guilt of the crime charged was established beyond a reasonable doubt, is against the weight of the credible evidence. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ . THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL HARTY, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — Appeal by relator from an order of the Supreme Court, Dutchess County, dated June 21, 1960, dismissing, after a hearing, a writ of habeas corpus and remanding him to the custody of the respondent. Order affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. ·

■ SIDNEY RUBIN, Respondent, v. THOS. A. CORWIN, INC., Appellant.— In an action to recover damages for personal injuries alleged to have been sustained by plaintiff, a public school teacher, as a result of the negligence of defendant's employee who, while repairing and hammering a radiator in the classroom, caused metal chips to become dislodged and to strike plaintiff's eye, the defendant appeals from a judgment of the Supreme Court, Kings County, entered May 24, 1960, after a jury trial, upon a verdict of $37,500 in favor of plaintiff. Judgment reversed on the facts and a new trial granted, with costs to abide the event, unless, within 20 days after the entry of the order herein, plaintiff shall stipulate to reduce the verdict to $10,000, in which event the judgment as so reduced is affirmed, without costs. In our opinion, the verdict in favor of plaintiff is excessive. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.